IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LISA SIMPSON,<br>Plaintiff,<br><br>v.<br><br>REVCO SOLUTIONS, INC.,<br>Defendant. | Case No. 22–cv–00483–JPG–1 |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

    **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Lisa Simpson's Complaint against REVCO SOLUTIONS, INC. is **DISMISSED WITHOUT PREJUDICE**.


**DATED: December 12, 2022**　　　　　MONICA A. STUMP, Clerk of Court
　　　　　　　　　　　　　　　　　　　**s/Tina Gray, Deputy Clerk**


**Approved:**　　**s/ J. Phil Gilbert**
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**